LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, 30TH FLOOR
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 509-8403
EMAIL: FredS@newyork-criminaldefense.com

June 20, 2012

BY ECF
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Salvatore Parker, et al.
           12 Mag. 0534

Dear Magistrate Reyes:

    As you are aware, I represent Salvatore Parker, the defendant in the above matter. I am writing *with the consent of the Government* to respectfully request a slight modification to the conditions of the appearance bond issued by the Court on June 15, 2012, to wit, that the date by which Mr. Parker must deposit with the Court the sum of $50,000 to partially secure this bond be extended from June 22, 2012 to June 29, 2012.

    Thank you for your consideration.

                              Respectfully submitted,

                              Frederick L. Sosinsky

FLS:bms

cc : Tyler Smith, Esq. (by ECF)